**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Clifford Lazar, ) | No. CV 13-2192-PHX-JAT |
| )  Petitioner, ) | **ORDER** |
| ) vs. ) | |
| ) Jon Gurule, ) | |
| )  Respondent. ) | |
| ) | |

**IT IS ORDERED** accepting and adopting the Report and Recommendation (Doc. 10), to which there is no objection.[1]

**IT IS FURTHER ORDERED** denying and dismissing the Petition in this case as moot, without prejudice; the Clerk of the Court shall enter judgment accordingly.

DATED this 21st day of February, 2014.

James A. Teilborg
Senior United States District Judge

---

[1] *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).